UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>       Plaintiff,<br><br>  -against-<br><br>CAFE C-III LLC, et al.,<br><br>       Defendants. | 23-CV-05696 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 11, 2023 Order, ECF No. 9, the parties were required to file a joint letter, the contents of which are described therein, no later than Friday, August 25, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Thursday, September 7, 2023**.

  SO ORDERED.

Dated: September 5, 2023
    New York, New York

                    _____
                     ARUN SUBRAMANIAN
                     United States District Judge