UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>                      Plaintiff,<br><br>          -against-<br><br>CAFE C-III LLC, et al.,<br><br>                      Defendants. | 23-CV-05696 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The conference set for November 28, 2023, at 4:00 PM is hereby CANCELED. By separate order, the Court will enter a revised case management plan and scheduling order.

       SO ORDERED.

Dated: November 27, 2023
       New York, New York

                                                                 ARUN SUBRAMANIAN
                                                                 United States District Judge